1  ERIC C. BELLAFRONTO, Bar No. 162102
2  JOSE MACIAS, JR., Bar No. 265033
   LITTLER MENDELSON, P.C.
3  50 W. San Fernando, 15th Floor
4  San Jose, CA  95113.2303
   Telephone:  408.998.4150
5  Facsimile:   408.288.5686
6  Attorneys for Defendants
   REPUBLIC SERVICES, INC. AND
7  ALLIED WASTE SERVICES OF NORTH
8  AMERICA, LLC

9  Eric P. Oren, Bar No. 106129
10 LAW OFFICES OF ERIC P. OREN, INC.
   225 West Shaw Avenue, Suite 105
11 Kern, California  93704
12 Tel:  (559) 224-5900 *(Kern)*
   Tel:  (661) 401-7621 *(Bakersfield)*
13 Facsimile:  (559) 224-5905

14
   Attorneys for Plaintiff, CHARLES
15 JOHNSON

16
17                  UNITED STATES DISTRICT COURT
18                  EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION
19

20  CHARLES JOHNSON,                  Case No.  1:15-cv-01447-DAD-MJS

21         Plaintiff,                 **JOINT STIPULATION TO**
                                      **CONTINUE NON-TRIAL RELATED**
22  v.                                **DATES AND ORDER THEREON**

23  REPUBLIC SERVICES, INC.,          **Magistrate Judge: Michael Seng**
24  ALLIED WASTE SERVICES OF
    NORTH AMERICA, LLC and            **Judge: Hon. Dale A. Drozd**
25  DOES 1 through 50, inclusive,

26         Defendant.
27
28

Plaintiff Charles Johnson ("Plaintiff"), on the one hand, and Defendants Republic Services, Inc. and Allied Waste Services of North America, LLC ("Defendants") on the other, by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on March 31, 2016, a Scheduling Conference was held and dates were set including a discovery cut off, expert disclosure deadlines, non-dispositive and dispositive motion deadlines, a Final Pretrial Conference on April 10, 2017, and a five day Jury Trial on May 31, 2017;

**WHEREAS**, the Parties have been diligently engaging in written discovery and plan on taking the depositions of Plaintiff and Defendants' Company witnesses in September and October of 2016;

**WHEREAS**, the Parties would like a short continuance of approximately six (6) weeks on all discovery-related deadlines and a short continuance of one month on the deadline to file any dispositive motions in order to allow them to adequately complete discovery;

**WHEREAS**, the requested short continuance will not impact the Final Pretrial Conference or Jury Trial date;

**WHEREAS**, counsel for the Parties are working collaboratively to move the case along efficiently;

**WHEREAS**, this is the first continuance requested by the Parties and no Party will suffer prejudice as a result of the proposed short continuance;

**NOW, THEREFORE**, Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate that the below dates be continued as follows:

| EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery Cutoff | October 18, 2016 | November 29, 2016 |
| Expert Discovery Cutoff | November 18, 2016 | December 30, 2016 |
| Expert Disclosure Filing | October 1, 2016 | November 11, 2016 |

| Expert Disclosure Rebuttal | October 18, 2016 | November 29, 2016 |
| --- | --- | --- |
| Non-Dispositive Motion Deadlines (filing*) | November 18, 2016 | December 30, 2016 |
| Dispositive Motion Deadline (filing*) | January 6, 2017 | February 6, 2017 |
| Dispositive Motion Hearing Date | February 21, 2017 | Any date in March 2017 |

**IT IS SO STIPULATED.**

DATED: August 29, 2016

/s/ *Eric P. Oren*
ERIC P. OREN
Attorney for Plaintiff,
CHARLES JOHNSON


Respectfully submitted,

DATED: August 29, 2016

/s/ *Eric C. Bellafronto*
ERIC C. BELLAFRONTO
JOSE MACIAS, JR.
Attorneys for Defendants,
REPUBLIC SERVICES, INC. AND
ALLIED WASTE SERVICES OF NORTH
AMERICA, LLC

## **ORDER**

Counsel for the Parties in the above-captioned action submitted a Joint Stipulation to Continue all Non-Trial Related Deadlines.

After consideration of the papers submitted, the Court remains unclear as to the proposed deadline for the hearing, if any, on dispositive motions. The Stipulation calls for a hearing "Any date in March 2017". If the parties do indeed intend to move the hearing on dispositive motions to any date beyond February 21, 2017, that hearing would encroach upon the absolute minimum six week period between such a hearing and the pretrial conference, and the pretrial and trial dates would need be modified.

Accordingly, the Court declines to adopt the parties' Stipulation. The parties may resubmit a stipulation that addresses the foregoing. Until further Order of the Court, all dates and deadlines remain as set (ECF No. 15.)

IT IS SO ORDERED.

Dated:   September 16, 2016          /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE