ERIC C. BELLAFRONTO, Bar No. 162102
JOSE MACIAS, JR., Bar No. 265033
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:  408.998.4150
Facsimile:   408.288.5686

Attorneys for Defendants
REPUBLIC SERVICES, INC. AND
ALLIED WASTE SERVICES OF NORTH AMERICA, LLC

ERIC P. OREN, Bar No. 106129
LAW OFFICES OF ERIC P. OREN, INC.
225 West Shaw Avenue, Suite 105
Kern, California  93704
Tel:  (559) 224-5900 *(Kern)*
Tel:  (661) 401-7621 *(Bakersfield)*
Facsimile:  (559) 224-5905

Attorneys for Plaintiff, CHARLES JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES, INC., ALLIED WASTE SERVICES OF NORTH AMERICA, LLC and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.  1:15-cv-01447-DAD-MJS<br><br>**JOINT STIPULATION TO CONTINUE NON-TRIAL DISCOVERY RELATED DATES AND [PROPOSED] ORDER THEREON**<br><br>**Magistrate Judge: Michael Seng**<br><br>**Judge: Hon. Dale A. Drozd** |

Plaintiff Charles Johnson ("Plaintiff"), on the one hand, and Defendants Republic Services, Inc. and Allied Waste Services of North America, LLC ("Defendants") on the other, by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on March 31, 2016, a Scheduling Conference was held and dates were set including a discovery cut off, expert disclosure deadlines, non-dispositive and dispositive motion deadlines, a Final Pretrial Conference on April 10, 2017, and a five day Jury Trial on May 31, 2017;

**WHEREAS**, the Parties have been diligently engaging in written discovery and plan on taking the depositions of Plaintiff and additional Company witnesses of Defendants in October of 2016;

**WHEREAS**, the Parties would like a short continuance of approximately six (6) weeks on all discovery-related deadlines in order to allow them to adequately complete discovery;

**WHEREAS**, the requested short continuance will not impact the hearing date on any dispositive motions, the Final Pretrial Conference or Jury Trial date;

**WHEREAS**, counsel for the Parties are working collaboratively to move the case along efficiently;

**WHEREAS**, no prior continuances have been granted in this matter and no party will suffer prejudice as a result of the proposed short continuance;

**NOW, THEREFORE**, Plaintiff and Defendants, by and through their attorneys of record, hereby stipulate that the below dates be continued as follows:

| EVENT | OLD DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | October 18, 2016 | November 29, 2016 |
| Expert Discovery Cutoff | November 18, 2016 | December 30, 2016 |
| Expert Disclosure Filing | October 1, 2016 | November 11, 2016 |
| Expert Disclosure Rebuttal | October 18, 2016 | November 29, 2016 |

1 **IT IS SO STIPULATED.**

3 DATED: September 28, 2016

/s/ *Eric P. Oren*
ERIC P. OREN
Attorney for Plaintiff,
CHARLES JOHNSON

Respectfully submitted,

DATED: September 28, 2016

/s/ *Eric C. Bellafronto*
ERIC C. BELLAFRONTO
JOSE MACIAS, JR.
Attorneys for Defendants,
REPUBLIC SERVICES, INC. AND
ALLIED WASTE SERVICES OF NORTH
AMERICA, LLC

# **ORDER**

Counsel for the Parties in the above-captioned action submitted a Joint Stipulation to Continue all Non-Trial Discovery Related Deadlines.

After consideration of the papers submitted, and good cause appearing therefore, it is hereby **ORDERED** that, the below deadlines be continued as follows:

| EVENT | OLD DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | October 18, 2016 | November 29, 2016 |
| Expert Discovery Cutoff | November 18, 2016 | December 30, 2016 |
| Expert Disclosure Filing | October 1, 2016 | November 11, 2016 |
| Expert Disclosure Rebuttal | October 18, 2016 | November 29, 2016 |

IT IS SO ORDERED.

Dated:   September 29, 2016          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE