UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REPUBLIC SERVICES, INC.; ALLIED WASTE SERVICES OF NORTH AMERICA, LLC; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 1:15-cv-01447-DAD-MJS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 22) |

On December 1, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with each party bearing its own costs and attorneys' fees. (Doc. No. 22.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is directed to close the case. All courts date and deadlines previously set in this matter are vacated.

IT IS SO ORDERED.

　Dated: **December 2, 2016**　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1